**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Border & Immigration Crimes Enforcement

*99 N.E. 4 Street*
*Miami, FL 3312*
*(305) 961-9314*

July 20, 2026

Mr. Jose Martinez

1:26-MJ-03838-ELFENBEIN

Dear Mr. Martinez,

The United States Attorney's Office for the Southern District of Florida and a federal grand jury are investigating possible violations of federal criminal laws arising out of activities and events occurring in and around the Southern District of Florida involving the F/V DBY, including the discharge of oily wastes in violation of the Federal Water Pollution Control Act, Title 33, United States Code, Sections 1319 and 1321, and Title 18, United States Code, Section 2.

You are a target of this investigation; that is, there is substantial evidence to suggest you have committed a crime, and it is likely that the Grand Jury will be presented with a proposal to return an Indictment naming you as a defendant.

The grand jury wishes to afford you the opportunity to personally appear before the grand jury to testify about the matters under investigation should you choose to do so. You are further invited to bring with you to the grand jury all documents relevant to the above-described matter.

You are not required to accept this invitation to testify or produce documents. The decision whether to do so is a voluntary matter which is entirely up to you.

Should you choose to appear before the grand jury, you will have the same rights and obligations of any non-immunized grand jury witness. That is:

-- You may refuse to answer any question if a truthful answer to the question would tend to incriminate you.

-- Anything that you say, and any document or record that is produced, may be used against you by the grand jury or in a subsequent legal proceeding.

-- The grand jury will permit you a reasonable opportunity during the proceeding to step outside the grand jury room to consult with counsel if you wish. Your counsel may not, however, accompany you into the grand jury room, due to the secret nature of grand jury proceedings. All testimony before the grand jury will be given under oath. A witness who lies under oath to the grand jury – that is, makes a knowing misstatement of a material fact – could be charged with the crime of perjury, a felony carrying penalties of a fine and up to five years in prison.

To accommodate grand jury scheduling, we need to know no later than noon, Friday, August 21, 2026, whether you wish to appear before the grand jury.

Although you are not required to retain an attorney, contact between us and an attorney representing your interest is preferable to your contacting us directly. If you cannot afford an attorney, this office can assist you in having an attorney appointed by the Court of the Southern District of Florida to represent you in this matter. If you choose not to retain an attorney or have one appointed, your written or oral response to this invitation, before noon, Friday, August 21, 2026, will suffice. If we have not heard from you or your counsel by then, we will assume that you do not wish to testify before the grand jury and the United States Attorney's Office will proceed as it deems appropriate. Should you wish to discuss this matter further, please contact, or have your counsel contact Special Agent Nathan Thomas at (609) 224-0784.

Thank you,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: ______________________________
Tanner P. Stiehl
Special Assistant U.S. Attorney